Darlene F. **CHAMBERS**, Appellant,

v.

Jeremiah (Jay) **NIXON**, et al., Respondents.

No. WD 76672.

Missouri Court of Appeals, Western District.

April 15, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 27, 2014.

Application for Transfer Denied June 24, 2014.

Darlene F. Chambers, Appellant Pro Se, for appellant.

Emily A. Dodge, Jefferson City, for respondent.

Before Division Two: GARY D. WITT, P.J., and LISA WHITE HARDWICK and ALOK AHUJA, JJ.

## ORDER

PER CURIAM:

Appellant Darlene Chambers filed a lawsuit against the Governor, the Attorney General, the Department of Corrections, and the Board of Probation & Parole, alleging that the State's enforcement of § 558.019, RSMo (which establishes minimum prison terms for various criminal offenses) was illegal and a waste of taxpayer money. The State filed a motion to dismiss. The trial court granted the State's motion, finding that Chambers lacked standing and had failed to state a claim upon which relief could be granted. Chambers appeals. We affirm. Because a published opinion would have no precedential value, we have provided the parties with an unpublished memorandum setting forth the reasons for this order. Rule 84.16(b).